■ JEFFREY HENNING et al., Respondents, v HARNISCHFEGER CORPORATION, Appellant, and HAN-TEK, INC., Respondent. [740 NYS2d 910] —Appeal from an order of Supreme Court, Erie County (Mahoney, J.), entered May 17, 1999, which denied the motion of defendant Harnischfeger Corporation for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court, Erie County, Mahoney, J. Present—Green, J.P., Wisner, Hurlbutt, Scudder and Lawton, JJ.